**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00603-CV**
**No. 05-17-00604-CV**
**No. 05-17-00605-CV**
**No. 05-17-00606-CV**

**IN RE TERRY C. SHELTON, Relator**

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-20518, F09-73040, F10-21198, and F10-55874**

## ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's June 6, 2017 petition for writ of mandamus.


/s/     BILL WHITEHILL
JUSTICE